O

FILED
CLERK, U.S. DISTRICT COURT

NOV 25 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Miller, Shayne H.<br><br>Defendant. | Case No.: SACR 14-166-AG<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _ongoing substance abuse problem; demonstrated lack of amenability to treatment; numerous instances of lying to Probation, which evidence a lack of amenability to supervision; fta history_

1
2
3    and/or

4 B.    [X] The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7 finding is based on  ongoing substance abuse problem and
8 substance abuse history; nature of underlying
9 offense (possession w/ intent to distribute controlled
10 substance); evidence of somewhat questionable recent threat to woman at her
11 residence

13    IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

16 DATED: __11/25/14__

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE