O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 5 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  SA CR 14-0166 AG |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |
| v. | ) | |
| SHAYNE H. MILLER | ) | |
| Defendant. | ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓) the appearance of defendant as required; and/or

(B)  (✓) the safety of any person or the community.

//

//

1   The court concludes:
2   A.   (✓) Defendant poses a risk to the safety of other persons or the community
3        because defendant has not demonstrated by clear and convincing
4        evidence that:
5        _Def. submits to detention._
6
7
8
9
10  (B)  (✓) Defendant is a flight risk because defendant has not shown by clear
11       and convincing evidence that:
12       _See above._
13
14
15
16
17       IT IS ORDERED that defendant be detained.
18
19
20
21  DATED: January 5, 2016
22
23
24                                    HONORABLE JAY C. GANDHI
                                      UNITED STATES MAGISTRATE JUDGE
25
26
27
28